UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>   Plaintiff,<br><br> v.<br><br>TERMINIX INTERNATIONAL, INC., AND THE TERMINIX INTERNATIONAL COMPANY, LIMITED PARTNERSHIP,<br><br>   Defendant. | Case No. 20-cv-01478-HSG<br><br>**ORDER GRANTING STIPULATION TO STAY LITIGATION PENDING ARBITRATION**<br><br>Re: Dkt. No. 12 |

Pending before the Court is the parties' joint stipulation to arbitrate lawsuit and stay lawsuit. Dkt. No. 12. Having considered the parties' stipulation, and finding good cause therefor, the Court ORDERS that:

- The Parties agree to submit the instant dispute to arbitration pursuant to the ServiceMaster *We Listen* Dispute Resolution Plan;
- The instant lawsuit shall be stayed pending arbitration;
- Defendants shall be allowed to file its Answer in arbitration before the American Arbitration Association; and
- This Court will retain jurisdiction over the instant lawsuit to enforce the arbitrator's decision, if necessary.

//
//
//
//
//
//

Accordingly, this action is hereby **STAYED** pending resolution of the arbitration. The parties shall file a joint report regarding the status of the arbitration proceeding 120 days from the date of this order, and every 120 days thereafter until that proceeding is concluded. The parties also are directed to jointly notify the Court within 48 hours of the conclusion of the arbitration proceeding. The clerk is directed to administratively close the case.

**IT IS SO ORDERED.**

Dated: 3/19/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge