1  **KINGSLEY & KINGSLEY, APC**
2  ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
   eric@kingsleykingsley.com
3  LIANE KATZENSTEIN LY, Esq., Cal. Bar No. 259230
   liane@kingsleykingsley.com
4  JESSICA L. ADLOUNI, Esq., Cal. Bar No. 328571
   jessica@kingsleykingsley.com
5  16133 Ventura Blvd., Suite 1200
   Encino, CA 91436
6  Telephone: (818) 990-8300
   Fax: (818) 990-2903

7  Attorneys for Plaintiff PAMELA WILLIAMS

8  **FORD & HARRISON LLP**
   Timothy L. Reed, SBN 258034
9  treed@fordharrison.com
   Noah M. Woo, SBN 311123
10 nwoo@fordharrison.com
   1901 Harrison Street, Suite 1650
11 Oakland, CA 94612
   Telephone:     415-852-6910
12 Facsimile:     415-852-6925

13 Attorneys for Defendants
   TERMINIX INTERNATIONAL, INC. and
14 THE TERMINIX INTERNATIONAL COMPANY, LIMITED

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18 | PAMELA WILLIAMS, an individual, | CASE NO. 4:20-cv-01478-HSG |
   |---|---|
   | PLAINTIFF, | |
   | v. | **ORDER RE: STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
   | TERMINIX INTERNATIONAL, INC., a corporation; THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, a corporation; and DOES 1 thru 50, inclusive, | |
   | DEFENDANTS. | |

**ORDER RE: STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

## ORDER OF DISMISSAL

Pursuant to the Parties' request for Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE AS TO Plaintiff's individual claims against Defendants TERMINIX INTERNATIONAL, INC., A CORPORATION and THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, A CORPORATION, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: __6/16/2021__

_____
The Hon. Haywood S. Gilliam, Jr.
United States District Judge